# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

159428

*In re* Conservatorship of MARILYN BURHOP.
_____

ROBERT SIRCHIA and ANNE SIRCHIA,
      Petitioners,

and

CONSTANCE L. JONES, Conservator of
MARILYN BURHOP, a legally protected
person,
      Appellee,

v

ROBERT SIRCHIA, Trustee of the MARILYN
BURHOP REVOCABLE TRUST,
      Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159428
COA: 340771
Washtenaw PC: 14-000326-CA

On order of the Court, the application for leave to appeal the February 28, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020

b0127

Clerk